IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD V. LARSON,

    Petitioner,                      No. CIV S-05-2426 DFL DAD P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Respondents.               <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner is incarcerated in Pleasant Valley State Prison in Fresno County and was convicted in Los Angeles County. Los Angeles County is in an area embraced by the United States District Court for the Central District of California.

        Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
2  United States District Court for the Central District of California.  28 U.S.C. § 2241(d); 28
3  U.S.C. § 1406(a).
4  DATED: December 9, 2005.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:mp/4
   lars2426.108b